UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ABKCO MUSIC & RECORDS, INC.,
ABKCO MUSIC, INC., UMG RECORDINGS,     Case No.: 19-cv-11892
INC., UNIVERSAL - SONGS OF POLYGRAM
INTERNATIONAL INC., POLYGRAM
PUBLISHING, INC., SONGS OF UNIVERSAL, INC.,
and UNIVERSAL MUSIC CORP.,

                                           **RULE 7.1 STATEMENT**

         Plaintiffs,

    v.

CODA PUBLISHING, LTD., ROBERT KIRK
CARRUTHERS, CLARE ANNE GAMBOLD,
GWILYM MICHAEL DAVIES, and VISION
FILMS, INC.,

         Defendants.
-------------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for UMG RECORDINGS, INC. (a private non-governmental party) certifies that it is wholly owned by Vivendi S.A., a publicly traded French corporation.

                                                  By: /s/ Michael B. Kramer
                                                       Michael B. Kramer (MK 7071)
                                                       Peter T. Salzler (PS 2610)
                                                       *Attorneys for Plaintiffs*
                                                       488 Madison Avenue, 11th Floor
                                                       New York, New York 10022
                                                       (212) 319-0304
                                                       mkramer@mkramerlaw.com