UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ABKCO MUSIC & RECORDS, INC.,
ABKCO MUSIC, INC., UMG RECORDINGS,
INC., UNIVERSAL - SONGS OF POLYGRAM
INTERNATIONAL, INC., POLYGRAM
PUBLISHING, INC., SONGS OF UNIVERSAL, INC.,
and UNIVERSAL MUSIC CORP.,

Case No.: 19-cv-11892

**RULE 7.1 STATEMENT**

       Plaintiffs,

  v.

CODA PUBLISHING, LTD., ROBERT KIRK
CARRUTHERS, CLARE ANNE GAMBOLD,
GWILYM MICHAEL DAVIES, and VISION
FILMS, INC.,

       Defendants.
-------------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.. (a private non-governmental party) certifies that it is wholly owned by Vivendi S.A., a publicly traded French corporation.

    By: /s/ Michael B. Kramer
        Michael B. Kramer (MK 7071)
        Peter T. Salzler (PS 2610)
        *Attorneys for Plaintiffs*
        488 Madison Avenue, 11th Floor
        New York, New York 10022
        (212) 319-0304
        mkramer@mkramerlaw.com