

**Daniel A. Schnapp**
*Partner*
T 212-940-3026
dschnapp@nixonpeabody.com

Tower 46
55 West 46th Street
New York, NY 10036-4120
212-940-3000

**MEMO ENDORSED**

March 2, 2020

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

***RE: Abkco Music & Records, Inc., et al v. Coda Publishing, Ltd., et al, No. 1:19-cv-11892***

Dear Judge Failla:

     This Firm represents Defendants Coda Publishing, Ltd., Robert Kirk Carruthers, Clare Anne Gambold, Gwilym Michael Davies and Vision Films, Inc. (collectively, "Defendants") in the above-referenced matter.

     The parties jointly write to respectfully request that the Court set a new date for the initial conference in this matter. The current date for the conference is March 25, 2020, at 11:30 AM. Due to the parties' unavailability at that time, the parties respectfully request that the Court reschedule the conference.

     The parties are unavailable on March 23rd, 25th, 26th, 27th, 31st, or April 2nd but are available on March 24th, March 30th, or April 1st, if it is convenient for the Court. Alternatively, the parties can contact the Court to arrange for a different date and time.

     We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Daniel A. Schnapp*

Daniel A. Schnapp
Partner

DAS
cc:    All counsel by ECF

4843-1913-3622 1

Application GRANTED. The initial pretrial conference previously scheduled for March 25, 2020, is hereby ADJOURNED to **April 1, 2020, at 11:30 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

Dated: March 2, 2020
      New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE