UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABKCO MUSIC & RECORDS, INC., ABKCO MUSIC, INC., UMG RECORDINGS, INC., UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC., POLYGRAM PUBLISHING, INC., SONGS OF UNIVERSAL, INC., and UNIVERSAL MUSIC CORP., <br><br> Plaintiffs, <br><br> -v.- <br><br> CODA PUBLISING, LTD., CLAIRE ANNE GAMBOLD, GWILYM MICHAEL DAVIES, and VISION FILMS, INC., <br><br> Defendants. | 19 Civ. 11892 (KPF) <br><br> **<u>ORDER</u>** |

KATHERINE POLK FAILLA, District Judge:

On March 11, 2020, the Court scheduled an initial pretrial conference in this matter for April 7, 2020, at 10:30 a.m. (Dkt. #49). That conference will proceed as scheduled telephonically. The dial-in information is as follows: At 10:30 a.m. on April 7, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. If the conference line requests a "security code" the parties shall press "*". Please note, the conference will not be available prior to 10:30 a.m.

SO ORDERED.

Dated: April 2, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge