UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABKCO MUSIC & RECORDS, INC., ABKCO MUSIC, INC., UMG RECORDINGS, INC., UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL INC., POLYGRAM PUBLISHING, INC., SONGS OF UNIVERSAL, INC., and UNIVERSAL MUSIC CORP., <br><br>                    Plaintiffs, <br><br>             -v.- <br><br> CODA PUBLISHING, LTD., ROBERT KIRK CARRUTHERS, CLARE ANNE GAMBOLD, GWILYM MICHAEL DAVIES, and VISION FILMS, INC., <br><br>                    Defendants. | 19 Civ. 11892 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendants' Answer to the Amended Complaint, filed April 19, 2021.  (Dkt. #82).  During the pretrial conference held on January 28, 2021, the Court stayed expert discovery pending amendment of Plaintiff's complaint.  (*See* Dkt. #69).  As that matter is now resolved, it is hereby ORDERED that all expert discovery shall be completed on or before **June 21, 2021**.

By the same date, **June 21, 2021**, the parties are further ORDERED to file either pre-motion letters regarding desired summary judgment practice or status letters notifying the Court that they do not intend to move for summary judgment.  Any response to a pre-motion letter shall be submitted within three

2

business days of the filing of the letter, in accordance with the Court's Individual Rule of Practice 4(A).

    SO ORDERED.

Dated:    April 21, 2021
           New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge