UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ABKCO MUSIC & RECORDS, INC.,
ABKCO MUSIC, INC., UMG RECORDINGS,
INC., UNIVERSAL - SONGS OF POLYGRAM
INTERNATIONAL INC., POLYGRAM
PUBLISHING, INC., SONGS OF UNIVERSAL, INC.,
UNIVERSAL MUSIC CORP., and
CAPITOL RECORDS, LLC,

          Plaintiffs,

   v.

CODA PUBLISHING, LTD., ROBERT KIRK
CARRUTHERS, CLARE ANNE GAMBOLD,
GWILYM MICHAEL DAVIES, and VISION
FILMS, INC.,

          Defendants.
------------------------------------------------------------------x

Case No.: 19-cv-11892

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for CAPITOL RECORDS, LLC, (a private non-governmental party) certifies that it is an indirect subsidiary of Vivendi SE, a publicly-traded company incorporated under European law. No other publicly traded company owns ten percent (10%) or more of CAPITOL RECORDS, LLC.

                               By:  /s/ Michael B. Kramer
                                   Michael B. Kramer (MK 7071)
                                   *Attorneys for Plaintiffs*
                                   488 Madison Avenue, 11th Floor
                                   New York, New York 10022
                                   (212) 319-0304
                                   mkramer@mkramerlaw.com