UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABKCO MUSIC & RECORDS, INC., ABKCO MUSIC, INC., UMG RECORDINGS, INC., UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL INC., POLYGRAM PUBLISHING, INC., SONGS OF UNIVERSAL, INC., and UNIVERSAL MUSIC CORP., <br><br> Plaintiffs, <br><br> -v.- <br><br> CODA PUBLISHING, LTD., ROBERT KIRK CARRUTHERS, CLARE ANNE GAMBOLD, GWILYM MICHAEL DAVIES, and VISION FILMS, INC., <br><br> Defendants. | 19 Civ. 11892 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 2, 2021, the Court authorized the parties 10 additional pages in their opening and opposition briefs to address Plaintiffs' challenge to the admissibility of Defendants' expert opinion evidence under *Daubert* v. *Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and the Federal Rules of Evidence. (Dkt. #97). Earlier today, the Court was advised that Defendants intend to file their own *Daubert* motion challenging the admissibility of Plaintiff's expert opinion evidence. The Court maintains its inclination to dispense with any further pre-motion submissions and appearances, and to allow the parties to proceed to briefing the anticipated motions. Both parties are hereby authorized no more than 10 additional pages in their opening briefs,

and 10 additional pages in their opposition briefs, limited exclusively to *Daubert*-related issues.

SO ORDERED.

Dated: September 8, 2021
        New York, New York

KATHERINE POLK FAILLA
United States District Judge