# MICHAEL B. KRAMER & ASSOCIATES
ATTORNEYS AT LAW
488 MADISON AVENUE – 11ᵀᴴ FLOOR
NEW YORK, NEW YORK 10022

MICHAEL B. KRAMER
PETER T. SALZLER
ARTEMIS CROUSSOULOUDIS

TEL. (212) 319-0304
FAX (212) 308-8582
WWW.MKRAMERLAW.COM

mkramer@mkramerlaw.com

September 8, 2021

**MEMO ENDORSED**

<u>Via ECF & Email</u>
Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2013
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: **ABKCO Music & Records, Inc., et al v. Coda Publishing, Ltd., et al**
<u>No.1:19-cv-11892</u>

Dear Judge Failla:

       This office represents the Plaintiffs in the above captioned matter. I am writing to the Court to request that the date for both parties to submit their summary judgment and Daubert motions be extended for one week from September 22, 2021 to September 29, 2021 and that the date for opposition papers similarly be extended for one week from October 22, 2021 to October 29, 2021. We have communicated with Defendants' counsel who has consented to a one week adjournment subject, of course, to the Court's approval.

       I was recently advised that I will need to appear at the New Jersey Appellate Division in Toms River, New Jersey on September 23, 2021 for oral argument on two appeals, which will require that I travel to New Jersey the day before, that being the current date for submission of motion papers. In addition, this period of time for motion papers has included

1

MICHAEL B. KRAMER & ASSOCIATES

three Jewish holidays following Labor Day, which has affected the amount of time for both sides to complete their papers.

   Respectfully,

            Michael B. Kramer
            Michael B. Kramer & Associates
            *Attorneys for Plaintiffs*
            488 Madison Avenue, 11th Fl.
            New York, New York 10022
            (212) 319-0304
            mkramer@mkramerlaw.com

cc: Daniel A. Schnapp, Esq. (ECF)

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket
entry 99.
```

            SO ORDERED.

```
Dated:  September 8, 2021
        New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2