## MICHAEL B. KRAMER & ASSOCIATES
ATTORNEYS AT LAW
488 MADISON AVENUE – 11TH FLOOR
NEW YORK, NEW YORK 10022

MICHAEL B. KRAMER
PETER T. SALZLER
ARTEMIS CROUSSOULOUDIS

TEL. (212) 819-0804
FAX (212) 308-8582
WWW.MKRAMERLAW.COM

artemis@mkramerlaw.com

October 1, 2021



**Via ECF**
Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: **ABKCO Music & Records, Inc., et al v. Coda Publishing, Ltd., et al**
**No.1:19-cv-11892-KPF**

Dear Judge Failla:

This office is counsel to Plaintiffs in the above entitled action. We are writing in furtherance of Letter Motion ECF# 135, to request leave to file a redacted version of the Declaration of Ed Arrow in Support of Plaintiffs' Motion for Summary Judgment and Daubert Motion to be filed on the public docket and that the full unredacted version of the Declaration of Mr. Arrow remain under seal. Pursuant to Letter Motion ECF #135, we are seeking leave to file Exhibits 19, 20, 47, 49, 50-53, 70-74, 79, 109-115, 117-122 under seal, in support of the Declaration of Mr. Arrow.

Annexed hereto please find the redacted Declaration of Mr. Arrow for the public docket, wherein we have redacted the description of the exhibits we are seeking leave to file under seal.

Accordingly, Plaintiffs respectfully request that the Court grant their request.

Respectfully submitted,

Artemis Croussouloudis

cc: Daniel A. Schnapp, Esq.
Michael B. Kramer, Esq.

10.1.21.failla letter motion

Application GRANTED.

Plaintiffs may file a redacted version of the Declaration of Ed Arrow in Support of Plaintiffs' Motion for Summary Judgment and Daubert Motion on the public docket.

The Clerk of Court is directed to file the unreacted version of the Declaration of Ed Arrow in Support of Plaintiffs' Motion for Summary Judgment and Daubert Motion, as well as Exhibits 19, 20, 47, 49, 50-53, 70-74, 79, 109-115, and 117-122 attached to the Declaration (Ex. 136), under seal, viewable by only the Court and parties.

The Clerk of Court is further directed to terminate the motions at docket entries 135 and 138.

Dated:   October 1, 2021                SO ORDERED.
         New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE