# MICHAEL B. KRAMER & ASSOCIATES
### ATTORNEYS AT LAW
488 MADISON AVENUE – 11ᵀᴴ FLOOR
NEW YORK, NEW YORK 10022

MICHAEL B. KRAMER
———
PETER T. SALZLER
ARTEMIS CROUSSOULOUDIS

TEL. (212) 319-0304
———
FAX (212) 308-8582
WWW.MKRAMERLAW.COM

artemis@mkramerlaw.com

March 9, 2022

Hon. Katherine Polk Failla
United States District Judge
Daniel Patrick Moynihan
United States District Courthouse
500 Pearl Street
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov



Re: **ABKCO Music & Records, Inc., et al v. Coda Publishing, Ltd., et al**
     **No.1:19-cv-11892**

Dear Judge Failla:

This office is counsel to Plaintiffs in the above entitled action. The Court has scheduled a pre-motion telephone conference in this matter for Wednesday, March 16ᵗʰ at 10am (ECF 207) based upon the UK Defendnats letter request to file a Morion to Strike (ECF 201). Unfortunately, Michael Kramer is out of state though March 19ᵗʰ and has court ordered depositions upon his return. Therefore, we are seeking to adjourn the conference to a date after March 23ʳᵈ. We have contacted Defendants' counsel and advised them this office would be writing to the Court for its approval regarding an adjournment and its availability. The UK Defendants' counsel, Joshua Ray, has consented and advised us that he is available any day in the next few weeks except for March 30ᵗʰ. Vision's attorneys consented to an adjournment and have informed us that Toby Butterfield is available except for April 6 and April 12, Zaid Shukri informed us that he is available in early April. We respectfully request that the Court grant us an adjournment of the pre-motion telephone conference scheduled for March 16th.

Respectfully submitted,

Artemis Croussouloudis

cc:   All counsel (via ECF)
      Michael B. Kramer, Esq.

3.9.22 failla ltr

Application GRANTED.  The pre-motion conference in this matter is hereby ADJOURNED to **March 24, 2022, at 11:30 a.m.**

The Clerk of Court is directed to terminate the motion at docket entry 208.

Dated:   March 10, 2022          SO ORDERED.
         New York, New York

                                 *Katherine Polk Failla*

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE