# RAHMAN RAVELLI SOLICITORS LTD

BRIDGE HOUSE
181 QUEEN VICTORIA STREET
LONDON, UK EC4V 4EG
+44 (0) 203 947 1539

March 31, 2022



**VIA ECF AND EMAIL**
Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

      Re:   *ABKCO Music & Records, Inc., et al. v. Coda Publishing, Ltd., et al. (1:19-cv-11892)*

Dear Judge Failla:

    Per the Court's directives during the hearing on March 24th with respect to the pending motion to strike (ECF No. 201), I write on behalf of the UK Defendants, on consent of all the parties, to request the following briefing schedule:

- April 8th: Opening brief of UK Defendants' due.
- April 22nd: Opposition brief of Plaintiffs' due.
- April 29th: Reply brief of UK Defendants' due.

    Note that counsel for Vision Films has indicated that Vision will likely just join in the UK Defendants' briefs rather than submit separate ones; if Vision ultimately decides to file separate briefs, it will adhere to the schedule above.  Also note that I have obtained a transcript of last week's hearing and obtained the information from Nixon Peabody LLP that your Honor requested.

                                      Respectfully submitted,

                                      /s/ Joshua L. Ray
                                      Joshua L. Ray
                                      Rahman Ravelli Solicitors Ltd.
                                      +44 (0) 203 947 1539
                                      joshua.ray@rahmanravelli.co.uk

cc: All Counsel of Record (via ECF)

Registered Office: Roma House, 59 Pellon Lane, Halifax, West Yorkshire, HX1 5BE
Rahman Ravelli Solicitors is authorised and regulated by the Solicitors Regulation Authority (no. 485540) and is the practicing name of Rahman Ravelli Solicitors Ltd, a company registered in England and Wales (no. 6295702).

The Court hereby ADOPTS the parties' above proposed briefing schedule.

The Clerk of Court is directed to terminate the motion at docket entry 210.

Dated:  April 1, 2022
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE