# MICHAEL B. KRAMER & ASSOCIATES
### ATTORNEYS AT LAW
### 488 MADISON AVENUE, 11TH FLOOR
### NEW YORK, NEW YORK 10022

MICHAEL B. KRAMER
PETER T. SALZLER
ARTEMIS CROUSSOULOUDIS

TEL. (212) 319-0304
FAX (212) 308-8582
WWW.MKRAMERLAW.COM

mkramer@mkramerlaw.com

May 13, 2025

**By Hand and E-Mail**
Hon. Katherine Polk Failla
United States District Judge
Daniel Patrick Moynihan
United States District Courthouse
500 Pearl Street
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov



Re: **ABKCO Music & Records, Inc., et al v. Coda Publishing, Ltd., et al**
     **No.1:19-cv-11892**

Dear Judge Failla:

  This office is counsel to the Plaintiffs in the above-entitled action. This letter is sent simply to ascertain the status of the decisions by Your Honor of the outstanding motion by Plaintiff and the cross-motions by the Defendants[1] on the issue of liability.

  On January 16th of this year counsel for the Defendants Joshua Ray wrote to this office, as directed by Your Honor, to advise that a discussion had taken place between Your Honor and Mr. Ray and to provide the substance of the conversation. In complying with the Court's directive, Mr. Ray detailed the statements by Your Honor which included the following:

> "*She [Your Honor] said that she would work towards resolving all outstanding motions in the coming weeks.*"

---

[1] The Defendant, Vision Films, settled the claims asserted against it with Plaintiffs and is no longer part of this action. In addition, as a result of a bankruptcy filing in the United Kingdom, no financial awards can be rendered against the Defendant, Coda Publishing.

MICHAEL B. KRAMER & ASSOCIATES

Page | 2

Is there any update for the timing for the disposition of these motions? As this matter has been marked, intentionally or unintentionqlly 'stayed', this letter could not be electronically filed and therefore being sent to the Court by hand and e-mail.

Respectfully,

Michael B. Kramer

MBK/ep

cc: Joshua Ray, Esq. (via email)
Artemis Croussouloudis, Esq.
Clients

```
The Court will decide all outstanding motions in due course.  This
endorsement will be filed on the docket.

Dated:    May 14, 2025                      SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE