MICHAEL B. KRAMER & ASSOCIATES
ATTORNEYS AT LAW
488 MADISON AVENUE, 11TH FLOOR
NEW YORK, NEW YORK 10022

MICHAEL B. KRAMER
PETER T. SALZLER
ARTEMIS CROUSSOULOUDIS

TEL. (212) 319-0304
FAX (212) 308-8582
WWW.MKRAMERLAW.COM

mkramer@mkramerlaw.com

October 24, 2025

**By ECF and E-Mail**
Hon. Katherine Polk Failla
United States District Judge
Daniel Patrick Moynihan
United States District Courthouse
500 Pearl Street
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re: **ABKCO Music & Records, Inc., et al v. Coda Publishing, Ltd., et al**
**No.1:19-cv-11892**

Dear Judge Failla:

  This letter is jointly submitted pursuant to the October 23, 2024 email of Ms. Wang in response to our request to reschedule the argument date. The Court Ordered (Doc. 238) a virtual conference to hear argument on the outstanding motion by Plaintiff and the cross-motions by the Defendants on the issue of liability for November 15th. Counsel have conferred and counsel are both available for argument on November 10th between 9am and 1pm EST. This joint letter is being filed on the docket as directed. Thank you for the courtesies extended to us in rescheduling the argument date.

Respectfully submitted,

Michael B. Kramer

Candey

By: Joshua Ray, Esq
Consultant

MICHAEL B. KRAMER & ASSOCIATES

Page | 2

cc:   Monica Wang, Esq.
      Artemis Croussouloudis, Esq.
      Clients

Application GRANTED.

The oral argument currently scheduled for November 14, 2025, is hereby rescheduled to **November 10, 2025,** at **11:00 a.m. ET.** The oral argument will be held via video conference with public audio access at (855) 244-8681, access code 2315 780 7370. Instructions to video participants will be sent separately in advance of the conference.

The Clerk of Court is directed to terminate the pending motion at docket entry 239.

Dated:    October 24, 2025         SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE