MICHAEL B. KRAMER & ASSOCIATES

ATTORNEYS AT LAW

488 MADISON AVENUE, 11ᵀᴴ FLOOR

NEW YORK, NEW YORK 10022

MICHAEL B. KRAMER

PETER T. SALZLER

ARTEMIS CROUSSOULOUDIS

TEL. (212) 319-0304

FAX (212) 308-8582

WWW.MKRAMERLAW.COM

mkramer@mkramerlaw.com

November 12, 2025

**Via ECF & Email**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2013
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

**Re: ABKCO Music & Records, Inc., et al v. Coda Publishing, Ltd., et al**
**No.1:19-cv-11892**

Dear Judge Failla:

This office is counsel to the Plaintiffs in the above-entitled Action.

As requested by the Court during yesterday's oral argument, I submit this letter to clarify the musical compositions owned or controlled by Plaintiffs Universal-Songs of Polygram International, Polygram Publishing, Inc, Songs of Universal, Inc and Universal Music Corp (collectively, the "UPMG Plaintiffs") and the sound recordings owned or controlled by Plaintiffs Capitol Records, LLC and UMG Recordings Inc. (the "UMG Plaintiffs") (collectively with the UMPG Plaintiffs, the "Universal Plaintiffs") all of which were infringed by some of the ten (10 ) Infringing Films which have been and continue to be exploited directly or indirectly by the Defendants.

With respect to the musical compositions, the two declarations of Ed Arrow, dated September 29, 2021 and February 24, 2022, and identify UMPG Plaintiffs'" musical compositions and the Infringing Films that unlawfully used and exploited such compositions, which are and remain at issue in this case:

Michael B. Kramer & Associates

1.      The Infringing Film "ABBA - The Gold Singles infringes the following UMPG Compositions: "Mamma Mia"; "S. O. S."; "Fernando"; "Dancing Queen"; "Waterloo"; "Thank You For The Music"; "Take A Chance On Me"; "Chiquitita"; "Does Your Mother Know"; "Gimme! Gimme! Gimme!"; "I Have A Dream"; "Knowing Me, Knowing You"; "Money, Money, Money"; "One Of Us"; Super Trooper"; "The Winner Takes It All'; "Voulez Vous". [ECF 121 Pages 5-6]

2.      The Infringing Film "Elton John- In Performance" infringes the following UMPG Compositions: "Your Song"; "Tiny Dancer"; "Crocodile Rock"; "Daniel"; "Don't Let The Sun Go Down On Me"; "I Guess That's Why They Call It The Blues"; "I'm Still Standing"; "Rocket Man"; "Saturday Nights Alright (For Fighting)"; "Candle In The Wind"; "Island Girl"; and "Benny And The Jets" [ECF 121 page 11]

3.      The Infringing Film "Lynyrd Skynyrd- Rock Case Studies" infringes the following UMPG Compositions: "Double Trouble"; "Every Mother's Son"; "Free Bird"; Saturday Night Special"; "Working For MCA"; "Sweet Home Alabama" [ECF 121 page 17].

4.      The Infringing Films "Red Hot Chili Peppers- Behind The Music" and "Red Hot Chili Peppers- Phenomenon" infringe the following UMPG Compositions: "Fight Like A Brave"; "Jungle Man"; "Knock Me Down: [ECF121 page 22].

5.      The Infringing Films "U2 Phenomenon Part 1" and "U2 Phenomenon Part 2" infringe the following UMPG Compositions: "Elevation"; I Still Haven't Found What I'm Looking For"; "Bullet The Blue Sky"; "I Will Follow"; "A Day Without Me"; "Gloria"; "All I Want Is You"; "Desire"; "When Love Comes To Town"; "The Fly"; Mysterious Ways"; "Hold Me, Thrill Me, Kiss Me, Kill Me"; "Please"; "40"; "Stories For Boys"; "Out Of Control"; "New Year's Day"; "October"; "One"; "Sunday Bloody Sunday"; "Where The Streets Have No Name" and "Wire". [ECF 121 page 23.

With respect to the UMG Plaintiffs' sound recordings, the declaration of Alasdair McMullan, dated September 28, 2021, identifies the infringed "UMG Plaintiffs'" sound

MICHAEL B. KRAMER & ASSOCIATES

recordings and the Infringing Films that unlawfully used and exploited these sound recordings, which are and remain at issue in this case;

6.    The Infringing Films: "Red Hot Chili Peppers- Behind The Music" and "Red Hot Chili Peppers -- Phenomenon" infringe the following sound recordings owned by Plaintiff, Capitol Records, LLC: "Fight Like A Brave"; "Jungle Man"; "Knock Me Down"; and "Higher Ground". The Infringing Film "Nirvana-The Ultimate Review" infringes the following sound recording owned by UMG Recordings, Inc: "Smells Like Teen Spirit". [ECF 116 pages 5, 6.]

In summary, in addition to the musical compositions of ABBA and Elton John, the Universal Plaintiffs are claiming willful infringement by the Defendants of (i). three (3) musical compositions and four (4) sound recordings of the Red Hot Chili Peppers as contained on the two (2) Infringing Films regarding the group; (ii) six (6) musical compositions of Lynyrd Skynyrd contained on one of the Infringing Films; (iii) twenty-two (22) musical compositions of U2 contained on two (2) of the Infringing Films and (iv) one (1) sound recording of Nirvana contained on one of the Infringing Films.

Regarding the potential use of ADR, while that might have in a viable option early in the action, after six years of litigation and the enormous amount of legal fees Plaintiffs have been forced to incur, if this matter can be resolved at this point it would be best settled by the parties who are all sophisticated business individuals. This office and our client will continue to be completely open to discussions with the Defendants and a  possible settlement.

While Plaintiffs maintain that Defendants should fail in its defense of Fair Use, we, also, believe *Harper & Row, Publrs. v. Nation Enters.*, 471 U.S. 539, 541 (1985), and its progeny bars these Defendants from asserting that the purloined Infringing Films are Fair Use.  As noted in Plaintiffs' Memo of Law in Opposition, "The question then becomes, if Defendants took no part in the production of the Infringing Films how could Defendants know the purpose the actual producer had for making the Infringing Films, or that the true  producer of the Infringing Films intended the musical uses to qualify for Fair Use". *Harper & Row, supra.*

Michael B. Kramer & Associates

On behalf of this office and my clients, I would like to thank the Court for giving counsel so much time Monday and being so prepared to test the bona fides of both sides' positions. I am certain that Mr. Ray shares my thanks to the Court.

Respectfully submitted,

Michael B. Kramer

MBK/ep

cc:    Artemis Croussouloudis, Esq.
       Joshua L. Ray, Esq. (via email)
       Clients (via email)