# MICHAEL B. KRAMER & ASSOCIATES
### ATTORNEYS AT LAW
488 MADISON AVENUE, 11TH FLOOR
NEW YORK, NEW YORK 10022

MICHAEL B. KRAMER
PETER T. SALZLER
ARTEMIS CROUSSOULOUDIS

TEL. (212) 319-0304
FAX (212) 308-8582
WWW.MKRAMERLAW.COM

mkramer@mkramerlaw.com

January 13, 2026

**By ECF and E-Mail**
Hon. Katherine Polk Failla
United States District Judge
Daniel Patrick Moynihan
United States District Courthouse
500 Pearl Street
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: **ABKCO Music & Records, Inc., et al v. Coda Publishing, Ltd., et al**
**No.1:19-cv-11892**

Dear Judge Failla:

The undersigned is counsel to the Plaintiffs in the above entitled copyright infringement action. This letter is written at the direction of the Court for a clarification that the Plaintiffs continue to pursue the copyright infringement claims in the Complaint and Plaintiffs' motion for summary judgment relating to the musical compositions of Michael Phillip Jagger and Keith Richards which are owned by ABKCO Music & Records, Inc. ("ABKCO"), the sound recording ("Gimme Shelter") owned by ABKCO and ABKCO's motion picture, "The Rolling Stones-Rock n' Roll Circus".

The simple reason Plaintiffs' post-argument submission did not reference any of ABKCO musical compositions, recordings or film was because the Court directed counsel only to deal with chain of title to musical compositions and sound recording relating to The Red Hot Chili Peppers and Lynyrd Skynyrd which are owned or exclusively controlled by the Universal Plaintiffs. I am attaching page 80 from the transcript of the October 10, 2025 oral argument before Your Honor. (ECF 241)

At line 4, I asked the Court "Just so I'm clear, it's going to be about Red Hot Chili Peppers and Lynyrd Skynyrd. Your Honor responded at line 6 "yes". At line 7, I asked the Court "Was there anything else Your Honor noted?" Your Honor responded "No, unless you have a different view of Nirvana than you were expressing earlier." In an effort to make sure nothing was being waived I specifically told the court at line 14 "I don't want to waive something".

During oral argument, the Defendants raised no issue regarding the ABKCO works. A review of the entire transcript shows the Court and the undersigned making several references to

MICHAEL B. KRAMER & ASSOCIATES

Page | 2

the ABKCO infringed works. There is nothing in the transcript which indicates any intent to waive any claim by any of the Plaintiffs and surely none by ABKCO. The Court's direction was limited to a clarification of the Universal Plaintiffs' chain of title relating to The Red Hot Chili Peppers and Lynyrd Skynyrd.

If there remain any questions regarding the claims asserted on behalf of any of the Plaintiffs, please feel free to let this office know.

Respectfully submitted,

Michael B. Kramer

cc: Joshua Ray, Esq.(via ECF)
Artemis Croussouloudis, Esq.
Clients

1  to speak.  But Mr. Carruthers said he never really even looked
2  at this agreement.  He left it in Mr. Davies' hands.
3           I will get back to -- oh, I will get back to you on
4  the issues that we discussed.  Just so I'm clear, it's going to
5  be about Red Hot Chili Peppers and Lynyrd Skynyrd.
6           THE COURT:  Yes.
7           MR. KRAMER:  Was there anything else, your Honor,
8  noted?
9           THE COURT:  No, unless you have a different view of
10 Nirvana than you were expressing earlier.  I don't think you
11 were.  I don't think that changed.
12          MR. KRAMER:  Let me double-check that.
13          THE COURT:  All right.
14          MR. KRAMER:  I don't want to waive something.  And I
15 apologize to the Court but four years is a long time, and I had
16 to do a refresher myself.
17          THE COURT:  All right.  Fair.  Let me then say this,
18 one of you, Mr. Kramer, is going to get a copy of the
19 transcript.  You can get it at whatever you speed you want.  I
20 would like to look at it beforehand.
21          I just want to give you a sense of where I am right
22 now.  From my perspective I have five motion plus the motion to
23 withdraw Mr. Ray.  I have cross motions for summary judgment.
24 I have cross motions under Daubert.  And I have the sanctions
25 motion left regarding the MCPS communications from 2021.  I'll