# CANDEY

LONDON | NEW YORK | BVI

630 Fifth Avenue
Rockefeller Center
20th Floor
New York, NY 101111

www.candey.com

**VIA ECF & EMAIL**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

30 January 2026

**Re: ABKCO Music & Records, Inc., et al v. Coda Publishing, Ltd., et al (1:19-cv-11892)**

Dear Judge Failla:

This firm represents Defendants Robert Carruthers, Clare Carruthers, and Gwilym Davies in the above-captioned matter. I write to inform the Court that, in light of a series of recent communications with Mr. Carruthers, it is apparent that there are significant disagreements as to the appropriate litigation strategy in this case and that the attorney-client relationship has deteriorated significantly. This firm has therefore determined that it cannot continue its representation of Mr. Carruthers in this matter.

Mr. Carruthers was notified on January 16 and 17, 2026 of undersigned counsel's intention to withdraw. Plaintiffs' counsel was also notified on January 19, 2026 but has not indicated whether Plaintiffs intend to oppose.

Candey respectfully requests that its Motion to Withdraw submitted herewith be granted and respectfully requests that substitute counsel for Mr. Carruthers, when retained, be afforded the opportunity to fully address any outstanding mattes with the Court.

Undersigned counsel is available for a conference with the Court to discuss these matters further. We thank the Court for its attention to this matter.

Respectfully submitted,

CANDEY LLC

/s/ Joshua L. Ray
Joshua L. Ray
+1 (917) 775-0888
jray@candey.com

CANDEY Limited is authorised and regulated by the Solicitors Regulation Authority, No. 614089
CANDEY LLC is registered in the state of New York, No. 6571244
CANDEY (BVI) Limited is registered in the British Virgin Islands