UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABKCO MUSIC & RECORDS, INC., ABKCO MUSIC, INC., UMG RECORDINGS, INC., UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL, INC., POLYGRAM PUBLISHING, INC., SONGS OF UNIVERSAL, INC., UNIVERSAL MUSIC CORP., and CAPITOL RECORDS, LLC, Plaintiffs, -v.- CODA PUBLISHING, LTD., ROBERT KIRK CARRUTHERS, CLARE ANNE GAMBOLD, and GWILYM MICHAEL DAVIES, Defendants. | 19 Civ. 11892 (KPF) **ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the *pro se* motion for a stay filed by Defendant Robert Carruthers. (Dkt. #264). As an initial matter, the Court observes that the submission contains sensitive information regarding Mr. Carruthers's wife and co-defendant, Clare Gambold, that should not be on the public docket. Accordingly, the Court will order the sealing of that document.

Considering next the merits of Mr. Carruthers's motion, the Court DENIES the request for a stay. Based on the Court's most recent order in this case (Dkt. #265), Mr. Ray remains counsel to Ms. Gambold, and any requests on her behalf should come through her counsel. If Ms. Gambold believes that she is unable to participate in this case at this time — an argument as to which the Court currently has insufficient evidence — she must promptly

advise the Court.  Separately, the Court does not understand how Mr. Carruthers is unable to prepare submissions in this case absent Ms. Gambold. For Mr. Carruthers and Mr. Davies, the only remaining issue is one of scheduling a trial on damages.  It is Ms. Gambold alone who has open issues of liability remaining.  Accordingly, even if she were to require more time to address those issues, it is not obvious to the Court that Mr. Carruthers and Mr. Davies would need additional time to ascertain their availability for trial and to address issues on damages.

The Clerk of Court is directed to seal docket entry 264.

SO ORDERED.

Dated:   March 13, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2