UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABKCO MUSIC & RECORDS, INC., ABKCO MUSIC, INC., UMG RECORDINGS, INC., UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC., POLYGRAM PUBLISHING, INC., SONGS OF UNIVERSAL, INC., UNIVERSAL MUSIC CORP., and CAPITOL RECORDS, LLC,<br><br>                    Plaintiffs,<br><br>                    -v.-<br><br>CODA PUBLISHING, LTD., ROBERT KIRK CARRUTHERS, CLARE ANNE GAMBOLD, and GWILYM MICHAEL DAVIES,<br><br>                    Defendants. | 19 Civ. 11892 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has received Defendant Robert Kirk Carruthers's letter-motion for protective relief concerning Plaintiffs' April 24, 2026 settlement offer (Dkt. #287) and Plaintiffs' response (Dkt. #288), but it has not reviewed the substance of the April 24, 2026 settlement offer.  In keeping with the Court's practice, including its views on Federal Rule of Evidence 408, the Court does not involve itself in settlement discussions unless it is asked by the parties to preside over such negotiations and serve as a neutral in that capacity. Because the parties in this case have not requested the Court to oversee their settlement discussions, it will not involve itself in those discussions.

The Clerk of Court is directed to strike Mr. Carruthers's letter-motion and the exhibit attached thereto at docket entry 287 from the docket.

2

SO ORDERED.

Dated:   May 27, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2