UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABKCO MUSIC & RECORDS, INC., ABKCO MUSIC, INC., UMG RECORDINGS, INC., UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC., POLYGRAM PUBLISHING, INC., SONGS OF UNIVERSAL, INC., UNIVERSAL MUSIC CORP., and CAPITOL RECORDS, LLC,<br><br>        Plaintiffs,<br><br>       -v.-<br><br>CODA PUBLISHING, LTD., ROBERT KIRK CARRUTHERS, CLARE ANNE GAMBOLD, and GWILYM MICHAEL DAVIES,<br><br>        Defendants. | 19 Civ. 11892 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In prior orders, the Court solicited the parties' views concerning the scheduling of trial in this matter. (*See, e.g.*, Dkt. #270 (order requesting information regarding availability for trial in the first quarter of 2027), 279 (order resolving motion to expedite), 291 (order granting motion to withdraw of Joshua L. Ray)). The Court has reviewed the parties' many responses, the most recent of which was filed by Defendant Robert Carruthers on June 19, 2026. (Dkt. #295). While awaiting those responses, however, the Court scheduled trial in a different civil matter to take place on January 15, 2027. As a result, the Court ORDERS that the following trial schedule will be in effect.

- A jury trial in this matter will commence on **February 22, 2027, at 9:00 a.m.** in Courtroom 618 of

the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

- The parties' Joint Pretrial Order, motions *in limine,* requests to charge, proposed voir dire questions, and any pretrial memoranda of law will be due on or before **January 25, 2027**.

- Any opposition papers will be due on or before **February 1, 2027**.

- The parties are instructed to comply with Rule 7 of the Court's Individual Rules of Practice in Civil Cases when submitting their pretrial materials.

- The final pretrial conference will be scheduled for **February 9, 2027 at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Should an earlier trial date become available, the Court will promptly advise the parties.  The Court will not require the posting of a bond at this time.

The Court recognizes that the lead time before this trial is a lengthy one, and it has considered how the parties can make the most efficient use of that time.  Having presided over the matter for nearly seven years, the Court is convinced that the parties have not adequately explored — with the assistance of a neutral party — the possibility of settlement in this matter.  Accordingly, the Court will refer the matter under separate cover to United States Magistrate

Judge Barbara Moses to conduct a settlement conference in the fall of 2026. That conference will take place in person, just as the trial will. The Court expects the parties to participate in the settlement proceedings in good faith and in accordance with any orders issued by Judge Moses.

Finally, the Court acknowledges receipt of submissions from Defendants Clare Anne Gambold and Gwilym Michael Davies indicating their intent to proceed *pro se.* The Court will docket these submissions, but directs Defendants Gambold and Davies going forward to abide by this Court's prior order (Dkt. #291) requiring them to submit all filings through the Southern District of New York's Pro Se Intake Unit rather than to the Court directly. The Pro Se Intake Unit is located on the second floor of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, telephone number (212) 805-0175. The Pro Se Intake Unit can accept submissions by email to the address Pro_Se_Filing@nysd.uscourts.gov; the subject line of any such email should read "Pro Se Filing – 19-CV-11892."

SO ORDERED.

Dated:   June 26, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

3