USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___07/31/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABKCO MUSIC & RECORDS, INC., et al.,

Plaintiffs,

-against-

CODA PUBLISHING, LTD., et al.,

Defendants.

---

19-CV-11892 (KPF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In accordance with ¶ 2 of my 7/10/26 Order (Dkt. 305), settlement counsel for defendant Clare Gambold Carruthers submitted an email on July 30, 2026, providing three dates in the fourth quarter of 2026 on which the parties are available to appear at an in-person settlement conference. Earlier today, this Court issued a Scheduling Order (Dkt. 312) setting the settlement conference for one of those dates: November 17, 2026.

In clear violation of the 7/10/26 Order,[1] counsel for plaintiffs submitted two emails, on July 30 and 31, 2026, both complaining that he has requested but has not yet received "confirmation that the individual defendants will be appearing in person" for the settlement conference. Those emails are attached to this order.

Plaintiff's counsel is reminded – again – that except to the extent expressly authorized by this Court, the parties may not use email to make requests, provide updates, lodge complaints, or otherwise communicate with the Court regarding the conduct of the upcoming settlement conference. *See* Moses Ind. Prac. § 1(a); 7/9/26 Order (Dkt. 303) at 5; 7/10/26 Order at 2-3. Moreover, as counsel is aware, the parties are required to attend the settlement conference in person. *See* 7/9/26 Order at 4; Sched. Order ¶ 1.

Dated: New York, NY
      July 31, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] "The parties and counsel are hereby notified that this Court and its staff will disregard any future email correspondence from them except for a single email, on or before **July 30, 2026**, providing three dates in the fourth quarter of 2026 on which the parties are available to appear at an in-person settlement conference." 7/10/26 Order at 2-3.

| | |
|---|---|
| **From:** | Michael B. Kramer |
| **To:** | Danika Gallup |
| **Cc:** | Moses NYSD Chambers; Clare Gambold; Robert Carruthers; Gwilym Davies |
| **Subject:** | Re: Proposed Settlement Conferences Dates: ABKCO Music & Records, Inc. et al v. Coda Publishing, Ltd. et al, 19-cv-11892 |
| **Date:** | Friday, July 31, 2026 4:59:25 PM |

<mark>CAUTION - EXTERNAL:</mark>

November 17, 2026 works for all of the plaintiffs. I have requested, without success, confirmation that the individual defendants will be appearing in person for the conference. Both Messers Carruthers and Davies continue to maintain that they will only appear remotely. Counsel for Ms . Gambold has yet to confirm that her client will appear in person at the settlement conference..

Michael B. Kramer
Michael B. Kramer & Associates
488 Madison Avenue
Suite 1120
New York, New York. 10022
212.319.0304
Sent from my iPhone

**WE HAVE MOVED. PLEASE NOTE OUR NEW ADDRESS**

> On Jul 30, 2026, at 8:25 PM, Michael B. Kramer <mkramer@mkramerlaw.com> wrote:

> Plaintiffs have agreed to the November 17 date. I have asked for, but not received, confirmation that the individual defendants will be appearing **in person**. Until now, the individual defendants, Mr. Carruthers and Mr. Davies, have insisted that they will only appear remotely. Ms. Gambold has not confirmed that she will appear in person. I believe plaintiffs are entitled to know that their representatives will be making in person appearances along with the presence of all individual defendants as ordered by the Judge Failla and Your Honor.

> Michael B. Kramer
> Michael B. Kramer & Associates
> 488 Madison Avenue
> Suite 1120
> New York, New York. 10022
> 212.319.0304
> Sent from my iPhone

> **WE HAVE MOVED. PLEASE NOTE OUR NEW ADDRESS**

> > On Jul 30, 2026, at 5:06 PM, Danika Gallup <DGallup@nycbar.org> wrote:

Good afternoon, Judge Moses,

City Bar Justice Center is counsel for defendant Clare Gambold for the limited purpose of settlement in the above referenced case. Pursuant to the court's order at ECF 305, I am emailing to provide proposed dates for a settlement conference in the fourth quarter of 2026.

The parties have conferred and all defendants (Ms. Gambold, Mr. Carruthers, and Mr. Davies) have agreed to the following dates:

- November 17, 2026

- November 18, 2026

- December 8, 2026

Counsel for the plaintiff has confirmed his client's availability for the November 17, 2026 date.

Sincerely,

**Danika Gallup**, *Staff Attorney*,
*Federal Pro Se Litigation Assistance Project*
City Bar Justice Center | 42 W 44th Street, New York, NY 10036
P: (212)382-4706 | E: dgallup@nycbar.org

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.