MICHAEL B. KRAMER & ASSOCIATES
ATTORNEYS AT LAW
488 MADISON AVENUE, 11TH FLOOR
NEW YORK, NEW YORK 10022

MICHAEL B. KRAMER
PETER T. SALZLER
ARTEMIS CROUSSOULOUDIS

TEL. (212) 319-0304
FAX (212) 308-8582
WWW.MKRAMERLAW.COM

mkramer@mkramerlaw.com

November 12, 2026

**VIA ECF and Email**
Magistrate Judge Barbara C. Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: ABKCO Music & Records, Inc. et al. v. Coda Publishing, Ltd. et al.**
**19 Civ. 11892 (KPF)**

Dear Magistrate Moses:

As Your Honor is no doubt aware, this office is counsel to the Plaintiffs in the above action.

I write this letter in opposition to the letter submission yesterday by counsel for Clare Gambold Carruthers ("Clare") which stated that Clare could not attend the settlement conference in person because she was "denied" a waiver of a visa to enter the United States.

I would note that counsel's letter attached no documentation supporting the assertions attributable to Clare which are patently misleading. In the letter, Clare advised counsel that she waited until November 9th to make travel arrangements to the United States and, to make an application for a VWP. The excuse for the late attempts was, purportedly, that Clare was waiting to see how the negotiations between her and the Plaintiffs would turn out. That assertion is absurd. [redacted].

Since July 2026, Clare has been attempting through motion and demands to have the settlement conference done remotely. When those attempts were failed, that was probably the time to make travel arrangements to New York.

In her submission, Clare's counsel also fails to provide i. a copy of the denial; ii. a copy of the application that Clare made to the Department of Homeland Security for the VWP[1] and iii. documentation or even statement that Clare sought expedited redress under the DHS Travel Redress Inquiry Program ("TRIP") which can provide expedited relief and is described in detail

[1] It would be easy to obtain a denial by answering "yes" to having visited certain countries listed by DHS on the VWP website.

in the "If You Get Denied" section of the Frequently Asked Questions portion on the VWP website.

This office has made it known to Your Honor and Judge Failla that none of the individual Defendants have or had any intention to appear in person and face the prospect of having to answer questions posed directly by Your Honor. I do not relish being correct in my prediction but I have seen these people take advantage of the patience of the Court, this office and their own counsels in an effort to continue their decades long business of copyright infringement and bootlegging. Plaintiffs respectfully request that the numerous orders of the Court for an in-person settlement conference not be disturbed.

Respectfully submitted,

Michael B. Kramer

MBK/ep
cc: Clients (via email)
Danica Gallup, Esq. (via ECF and email)
Artemis Croussouloudis, Esq. (via email)