UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ABKCO MUSIC & RECORDS, INC., ABKCO MUSIC, INC., UMG RECORDINGS, INC., UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL INC., POLYGRAM PUBLISHING, INC., SONGS OF UNIVERSAL, INC., and UNIVERSAL MUSIC CORP.,

Civ. Case No.: 19-cv-11892-KPF

Plaintiffs,

v.

**AFFIDAVIT OF SERVICE**

CODA PUBLISHING, LTD., ROBERT KIRK CARRUTHERS, CLARE ANNE GAMBOLD, GWILYM MICHAEL DAVIES, and VISION FILMS, INC.,

Defendants.

-------------------------------------------------------------------x

STATE OF NEW YORK )
COUNTY OF NEW YORK )ss.:

ARTEMIS CROUSSOULOUDIS, being duly sworn deposes and says; I am not a party to the action and am over 18 years of age and reside in the State of New York.

On November 20, 2026, I served a true copy of the ORDER ADJOURNING SETTLEMENT CONFERENCE of the Hon. Barbara Moses, United States Magistrate Judge, dated November 12, 2026 via email pursuant to the terms of the Order, as follows:

Danika Gallup, Esq.
dgallup@nycbar.org
Counsel for Clare Anne Gambold

Robert Kirk Carruthers
rkcarruthers@gmail.com

Vivek Jayaram, Esq.
Palak V. Patel, Esq.
vivek@jayaramlaw.com
docketing@jayaramlaw.com
liz@jayaramlaw.com
shiva@jayaramlaw.com
vivek-jayaram-0441@ecf.pacerpro.com
Palak@jayaramlaw.com
Counsel for Gwilym Michael Davies

ARTEMIS CROUSSOULOUDIS

Sworn to before me this 20th
day of November, 2026

PATRICIA LYNNE ETHRIDGE
Notary Public - State of New York
NO. 01ET6041604
Qualified in New York County
My Commission Expires May 8, 2030